# Court of Appeals
# of the State of Georgia

ATLANTA,  August 18, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0078. CHRISTINE WILKINSON et al. v. PEACHTREE POINT, LLC.

The appellee filed this dispossessory action in state court. When the appellants failed to file a timely answer, the state court awarded the appellee a writ of possession on May 23, 2023. On June 26, 2023, the appellants filed a motion for new trial or judgment notwithstanding the verdict, a plea in abatement, and a motion to recall writ of possession. On July 11, 2023, the trial court issued an order denying these filings and ruling that the writ of possession remained in effect. On July 16, 2023, the appellants filed the instant direct appeal. We lack jurisdiction.

A valid and timely motion for new trial or motion for judgment notwithstanding the verdict tolls the time for filing of notice of appeal until the trial court's entry of an order finally disposing of the motion. OCGA § 5-6-38 (a); *American Flat Glass Distribs. v. Michael*, 260 Ga. 312, 312 (392 SE2d 855) (1990); *Jones v. Robertson*, 191 Ga. App. 537, 537-538 (382 SE2d 382) (1989). Even if the appellants' June 2023 filings could properly be construed as tolling motions, they were untimely because they were filed 34 days after entry of the writ of possession, and therefore they did not toll the time for filing the notice of appeal. See OCGA §§ 5-5-40 (a) & 9-11-50 (b); *Jarrard v. Copeland*, 205 Ga. App. 20, 20-21 (421 SE2d 84) (1992); *Lewis v. Sun Mgmt.*, 182 Ga. App. 560, 560 (356 SE2d 526) (1987). Accordingly, this appeal is untimely because it was filed 54 days after entry of the writ of possession. See OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). In addition, the denial of the June 2023 filings was not directly appealable in its own right. See *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116-117 (640 SE2d 688) (2006); *Jones*, 191 Ga. App. at 538;

*Lewis*, 182 Ga. App. at 560.

For the foregoing reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*   08/18/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*